THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:14-cr-00068-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT E. JOHNSON, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Information [Doc. 5].

Upon review of the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 5] is **GRANTED**, and the Bill of Information in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the arrest warrant issued in this case [Doc. 3] is hereby **WITHDRAWN**.

The Clerk of Court is respectfully directed to provide copies of this Order to the United States Attorney and the United States Marshal.

**IT IS SO ORDERED.**

Signed: August 30, 2017

Martin Reidinger
United States District Judge